IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:25-cv-21107-JB

JONATHAN LUDWIG,

    Plaintiff,

v.

AYR WELLNESS, INC., and MERCER PARK, L.P.,

    Defendants.
_____/

**NOTICE OF JOINT LIABILITY**

Plaintiff Jonathan Ludwig ("Ludwig"), by and through undersigned counsel and pursuant to this Court's Standing Procedures Regarding Motions for Default Final Judgment (the "Standing Procedures"), files this Notice of Joint Liability in conjunction with its Motion for Default Final Judgment against Defendant Mercer Park, L.P. ("Mercer Park") as to liability.

1. This Court's Standing Procedures provide that "if there are allegations of joint and several liability, or the possibility of inconsistent liability between Defendants, Plaintiff(s) shall also file a notice of joint liability."

2. Ludwig's Complaint asserts two claims against both Mercer Park and co-Defendant AYR Wellness, Inc. ("AYR") for breach of contract and breach of the implied covenant of good faith and fair dealing.

3. Mercer Park and AYR are jointly and severally liable for both of Ludwig's claims because they jointly operated as his employers. *See* ECF No. 1, ¶ 30.

4. Ludwig alleges in the complaint that both Defendants were both obligated to perform pursuant to the Employment Agreement and failed to perform. *See id.*, ¶¶ 31-32, 36, 40-41, 46, 48, 53-56, 59-64.

5. The actions of both Defendants caused Ludwig's damages. *See id.*, ¶¶ 57, 65.

6. Therefore, and as explained in Ludwig's Motion for Default Final Judgment against Mercer Park as to Liability, to avoid inconsistent judgments, determination as to damages should be deferred until resolution of the case against the non-defaulted party, AYR.

Dated: April 16, 2025

Respectfully submitted,

**MARK MIGDAL & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440

By: *s/ Annie D. Rosenthal*
Josh A. Migdal, Esq.
Florida Bar No. 19136
Annie D. Rosenthal, Esq.
Florida Bar No. 1031335
josh@markmigdal.com
annie@markmigdal.com
eservice@markmigdal.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document electronically on the Court's CM/ECF docket on April 16, 2025 which served same electronically upon all counsel of record.

By: *s/ Annie D. Rosenthal*
Annie D. Rosenthal, Esq.