IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:25-cv-21107-JB

JONATHAN LUDWIG,

    Plaintiff,

v.

AYR WELLNESS, INC., and MERCER PARK, L.P.,

    Defendants.
_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff Jonathan Ludwig ("Ludwig"), by and through undersigned counsel and pursuant to this Court's March 10, 2025 Order Regarding Procedures [ECF No. 3], hereby discloses the following:

The name of each person, associated person, firm, partnership or corporation that has a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

    a.  Jonathan Ludwig – Plaintiff

    b.  AYR Wellness, Inc. – Defendant

    c.  Mercer Park, L.P. – Defendant

    d.  Joshua Migdal, Esq. – Plaintiff's Counsel of Record

    e.  Annie D. Rosenthal, Esq. – Plaintiff's Counsel of Record

    f.  Mark Migdal & Hayden – Plaintiff's Counsel of Record

    g.  W. Patrick Downes, Esq. – Plaintiff's Employment Counsel

  h. Schaeffer Venaglia Handler & Fitzsimmons, LLP – Plaintiff's Employment Counsel

Ludwig further states that as a non-corporate individual, Federal Rule of Civil Procedure 7.1's corporate disclosure requirement is inapplicable.

Dated: April 24, 2025

Respectfully submitted,

**MARK MIGDAL & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440

By: *s/ Annie D. Rosenthal*
 Josh A. Migdal, Esq.
 Florida Bar No. 19136
 Annie D. Rosenthal, Esq.
 Florida Bar No. 1031335
 josh@markmigdal.com
 annie@markmigdal.com
 eservice@markmigdal.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document electronically on the Court's CM/ECF docket on April 24, 2025 which served same electronically upon all counsel of record.

By: *s/ Annie D. Rosenthal*
 Annie D. Rosenthal, Esq.